UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| S.R., a minor child by next friend Lonnie Washburn,<br><br>      Plaintiff,<br><br>v.<br><br>UTAH COMMUNITY ACTION and UTAH HEAD START,<br><br>      Defendants. | **ORDER SETTING RESPONSE DEADLINE**<br><br>Case No. 2:20-cv-00911-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Any response or opposition to Lonnie Washburn's Motion to Appoint Next Friend (Doc. No. 21) shall be filed by March 9, 2021. No reply will be permitted unless ordered by the court.

DATED this 3rd day of March, 2021.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge